IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CRYSTALLEX INTERNATIONAL
CORPORATION,

                Petitioner,

          v.

BOLIVARIAN REPUBLIC OF
VENEZUELA,

                Respondent.

Civil Action No. 16-661

**DECLARATION OF MICHAEL LACOVARA**

Pursuant to 28 U.S.C. § 1746, I, Michael Lacovara, declare and state as follows:

1. I am an attorney with Freshfields Bruckhaus Deringer US LLP, counsel for Petitioner Crystallex International Corporation in the above-referenced matter.

2. I submit this declaration on behalf of Petitioner in support of Petitioner's Petition to Confirm Arbitral Award, dated April 7, 2016.

3. Attached as Exhibit 1 to this declaration is a duly-certified copy of the final award rendered by an arbitral tribunal on April 4, 2016 in an arbitration (the "Arbitration") between Petitioner and Respondent the Bolivarian Republic of Venezuela pursuant to the Arbitration (Additional Facility) Rules of the International Centre for Settlement of Investment Disputes ("ICSID"), and the July 1, 1996 Agreement between the Government of Canada and the Government of the Republic of Venezuela for the Promotion and Protection of Investments.

4. Attached as Exhibit 2 to this declaration is a true and correct copy of the July 1, 1996 Agreement between the Government of Canada and the Government of the Republic of

Venezuela for the Promotion and Protection of Investments, which entered into force on January 28, 1998.

5. Attached as Exhibit 3 to this declaration is a true and correct copy of the ICSID Additional Facility Rules, which include at Schedule C the Arbitration (Additional Facility) Rules that governed the Arbitration.

6. Attached as Exhibit 4 to this declaration is a true and correct copy of Petitioner's Notice of Dispute dated November 24, 2008. This exhibit includes a true and correct copy of the Notice of Dispute in its original Spanish as well as an English translation, which was prepared by the Petitioners in the course of the Arbitration and filed with the arbitral tribunal.

7. Attached as Exhibit 5 to this declaration is a true and correct copy of Petitioner's Request for Arbitration filed on February 16, 2011.

8. Attached as Exhibit 6 to this declaration is a true and correct copy of a list, prepared by ICSID, of Contracting States and other signatories to the Convention on the Settlement of Investment Disputes (also known as the "ICSID Convention") as of November 17, 2015.

9. Attached as Exhibit 7 to this declaration is a true and correct copy of a table setting out Petitioner's calculation of the pre-award interest granted by the tribunal, calculated through April 4, 2016.

10. I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 7, 2016
New York, New York

/s/ Michael Lacovara
Michael Lacovara
D.C. Bar No. NY0197

FRESHFIELDS BRUCKHAUS
    DERINGER US LLP
601 Lexington Avenue, 31st Floor
New York, NY 10022
Tel: (212) 277-4000
Fax: (212) 277-4001
michael.lacovara@freshfields.com